ORIGINAL

Approved: _____
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorney

Before:  HONORABLE SARAH NETBURN
         United States Magistrate Judge
         Southern District of New York

------------------------------------x
UNITED STATES OF AMERICA            :   19 MAG 3357
                                    :   COMPLAINT
          - v. -                    :
                                    :   Violations of 21 U.S.C.
DARIEL POLANCO, and                 :   § 846
DAURI POLANCO,                      :
                                    :   COUNTY OF OFFENSE:
              Defendants.           :   BRONX
                                    :
------------------------------------x

STATE OF NEW YORK            )
                             ) ss:
SOUTHERN DISTRICT OF NEW YORK )

          MICHAEL CARULLO, being duly sworn, deposes and says that he is a Task Force Officer with the Drug Enforcement Administration ("DEA") assigned to the Newark, New Jersey Division Office, and charges as follows:

COUNT ONE
(Narcotics Conspiracy)

          1.   From at least on or about April 8, 2019, up to and including on or about April 9, 2019, in the Southern District of New York and elsewhere, DARIEL POLANCO and DAURI POLANCO, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

          2.   It was a part and object of the conspiracy that DARIEL POLANCO and DAURI POLANCO, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

          3.   The controlled substance that DARIEL POLANCO and DAURI

POLANCO, the defendants, conspired to distribute and possess with intent to distribute was one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

The bases for my knowledge of the foregoing charge are, in part, as follows:

4. I am a Task Force Officer with the DEA and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement agents and other individuals. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5. Based on my participation in this investigation, including my review of reports and my conversations with other law enforcement officers, I am aware of the following, in substance and in part:

   a. In or around early April 2019, law enforcement officers seized approximately eight kilograms of suspected heroin from an individual ("Individual-1"). The suspected narcotics field-tested positive for the presence of heroin. Individual-1 informed law enforcement, in substance and in part, that Individual-1 was going to deliver seven kilograms of the heroin to someone in the Bronx, New York. Individual-1 provided law enforcement with a telephone number ("Telephone Number-1") to contact the purchaser in the Bronx.

   b. On or about April 9, 2019, a law enforcement agent acting in an undercover capacity ("UC-1") called Telephone Number-1 to arrange the delivery of the heroin. UC-1 had multiple recorded telephone calls with the user of Telephone Number-1 (later identified as DARIEL POLANCO, the defendant) to arrange the delivery. During those calls just prior to the meetup, DARIEL POLANCO repeatedly suggested meeting in a private location. UC-1 insisted on meeting in a public area. Ultimately, UC-1 and DARIEL POLANCO agreed to meet in the

2

vicinity of Jerome Avenue and 212th street in the Bronx, in the afternoon of April 9, 2019.

c. In or about the early afternoon of April 9, 2019, law enforcement agents conducting surveillance in the vicinity of Jerome Avenue and 212th Street in the Bronx observed DARIEL POLANCO and DAURI POLANCO, the defendants, on the sidewalk of Jerome Avenue, near 212th street. When UC-1 then called Telephone Number-1, law enforcement agents observed DARIEL POLANCO answer his cellphone.

d. During that recorded telephone call, UC-1 described the vehicle that UC-1 was in ("Vehicle-1"). Law enforcement agents then observed DARIEL POLANCO and DAURI POLANCO walk in the direction of UC-1's vehicle, on the opposite side of the street from Vehicle-1.

e. As DARIEL POLANCO and DAURI POLANCO walked towards Vehicle-1, UC-1 exited the vehicle, crossed the street, and walked towards the defendants. When UC-1 approached the defendants, DARIEL POLANCO asked, in sum and substance, if they could go to a side street, and UC-1 said no.

f. DARIEL POLANCO and UC-1 then walked across the street, in the direction of Vehicle-1. While in the street, UC-1 observed DARIEL POLANCO use his cellphone to call DAURI POLANCO and say, in substance and in part, "Just keep an eye on me; I'm going to the car."

g. When UC-1 and DARIEL POLANCO reached Vehicle-1, UC-1 opened the vehicle's trunk, and DARIEL POLANCO stated, in substance and in part, "Oh, we're doing this here?"

h. UC-1 reached into the trunk of Vehicle-1 to obtain a suitcase that contained approximately one kilogram of heroin and six kilograms of material designed to look like heroin. While doing this, UC-1 observed DAURI POLANCO across the street watching UC-1 and DARIEL POLANCO.

i. DARIEL POLANCO then took possession of the suitcase containing the heroin and began walking across the street towards DAURI POLANCO. While DARIEL POLANCO attempted to cross the street, law enforcement agents approached DARIEL POLANCO and DAURI POLANCO at which point both defendants attempted to flee: DARIEL POLANCO ran towards a park at the intersection of Jerome Avenue and 212th Street, and DAURI POLANCO headed east in the opposite direction of the agents on

212th street. Law enforcement agents were able to apprehend and arrest both defendants.

WHEREFORE, I respectfully request that DARIEL POLANCO and DAURI POLANCO, the defendants, be arrested and imprisoned, or bailed, as the case may be.

_____
MICHAEL CARULLO
Task Force Officer
Drug Enforcement Administration

Sworn to before me this
10th Day of April, 2019

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

4