**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2020

**BY CM/ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Dariel Polanco, et al.*, 19 Cr. 416 (AKH)

Dear Judge Hellerstein:

    With the consent of the defense in the above-referenced matter, through Amy Gallicchio, Esq. and David Stern, Esq., the Government respectfully requests a sixty-day adjournment of the status conference currently scheduled for June 29, 2020. The requested adjournment is necessary because a disposition in this matter will require in-person meetings between the Government and the defendants, pursuant to 18 U.S.C. § 3553(f), which meetings are not possible at this juncture due to limitations arising from COVID-19. For these same reasons, the Government also respectfully requests that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between June 29, 2020 and the date of the next status conference.

The conference is adjourned until August 27, 2020 at 10:30 a.m. Time is excluded until August 27th; in the interest of justice. So Ordered.
_____/s/_____
Alvin K. Hellerstein, U.S.D.J.
6/24/2020

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Nicholas W. Chiuchiolo
Tara La Morte
Assistant United States Attorney
(212) 637-1247/1041

cc: all counsel of record (by ECF)