# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

July 23, 2020

**BY ECF / EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:     **United States v. Dariel Polanco**
         **19 CR 416 (AKH)**

Honorable Judge Hellerstein:

On behalf of Dariel Polanco, I write to respectfully request that the Court modify Mr. Polanco's bail conditions to remove the condition of GPS monitoring. Pretrial Services Officer Bernisa Mejia supports this request and the Government has no objection to the modification.

On April 10 2019 Magistrate Judge Sarah Netburn imposed bail conditions, including: $75,000 PRB; 3 FRP'S; Travel Limited to SDNY/EDNY; Surrender Travel Documents (& No New Applications); Pretrial Supervision As Directed by PTS; Drug Testing/ Treatment as Directed by PTS; Curfew; GPS; Deft to Continue or Seek Employment; Deft to Reside with Mother and is Prohibited from Moving Without Permission.

On June 28, 2019, this Court modified the aforementioned bail conditions by removing the curfew condition and imposing GPS monitoring.  According to Officer Mejia, Mr. Polanco has been in full compliance with his release obligations since his release.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
_____
Amy Gallicchio, Esq.
Assistant Federal Defender
(212) 417-8728

**SO ORDERED:**

_____
**HONORABLE ALVIN K. HELLERSTEIN**
**United States District Judge**

7/23/2020

cc:    AUSA Nicholas Chiuchiolo
        PTSO Bernisa Mejia