```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

          -against-

DARIEL POLANCO and

DAURI POLANCO,

                        Defendants.

------------------------------------------------------------ x

**SCHEDULING ORDER**

19 Cr. 416 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a telephonic pre-trial conference on October 7, 2020, at 10:00 a.m., which conference will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than October 5, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:    September 30, 2020
             New York, New York

                                                         ALVIN K. HELLERSTEIN
                                                           United States District Judge