# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 2, 2020

*[Handwritten note: The conf is adjourned until Dec 8, 2020 @ 10:00 am. Time is excluded until then in the interest of justice.]*

*[Signed] /s/ AKH 10-5-2020*

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   **United States v. Dariel Polanco, et al.**
      **19 CR 416 (AKH)**

Dear Judge Hellerstein:

   I write with the consent of the Government and counsel for co-defendant Dauri Polanco, to respectfully request a 60 day adjournment of the status conference scheduled in the above captioned matter for October 7, 2020. As noted in a prior request for an adjournment, an anticipated disposition in this matter will require in-person meetings between the Government and Mr. Dariel Polanco, pursuant to 18 U.S.C. § 3553(f), which meetings have not been possible to date due to the restrictions arising from COVID-19.

   Both Dariel and Dauri Polanco consent to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

/s/ Amy Gallicchio

Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc:   AUSA Nicholas Chiuchiolo
      David Stern, Esq.