UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA,                :
                                         :
                                         :                **SCHEDULING ORDER**
                                         :
        against                          :                19 Cr. 416(AKH)
                                         :
Dariel Polanco and Dauri Polanco,        :
                                         :
                                         :
        Defendant.                       :
                                         :
                                         :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference previously scheduled for December 8, 2020 is hereby adjourned. The parties are hereby ordered to appear for a pre-trial conference on December 9, 2020 at 11:00a.m., which conference will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than December 7, 2020, at 5:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:   December 7, 2020           _____/s/_____
        New York, New York        ALVIN K. HELLERSTEIN
                                            United States District Judge