UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
U.S.A.,

             Plaintiff

             -v-

DARIEL POLANCO,

             Defendant.

------------------------------------------------------------ x

**SCHEDULING ORDER**

19 Cr. 416 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for pretrial conference on February 26, 2021 at 12:00 p.m., which will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

       Finally, no later than February 24, 2021, at 4:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:   February 24, 2021             _____//S//_____
            New York, New York        ALVIN K. HELLERSTEIN
                                             United States District Judge