

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

February 24, 2021

**BY CM/ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The status conference is adjourned until April 16, 2021 at 12 pm, time excluded.

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
2/25/21

**Re:  *United States v. Dariel Polanco, et al.*, 19 Cr. 416 (AKH)**

Dear Judge Hellerstein:

The parties respectfully write to request a forty-five-day adjournment of the status conference currently scheduled for February 26, 2021.  The parties are requesting the adjournment so that they can continue discussions about potential dispositions.  For the same reason, the Government also respectfully requests, without objection from either defendant, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between February 26, 2021 and the date of the next status conference.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: _____
Nicholas W. Chiuchiolo
Assistant United States Attorney
(212) 637-1247

cc:  all counsel of record (by ECF)