UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES,

-against-

DARIEL POLANCO et al.,

                               Defendants.
------------------------------------------------------------- x

**SCHEDULING ORDER**

19 Cr. 416 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The status conference, currently scheduled for August 25, 2021, is hereby adjourned until September 13, 2021 at 2:30 p.m.. Time is excluded through September 13, 2021, in the interests of justice. The status conference will be held via the following call-in number:**Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than September 7, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:     August 20, 2021                  _____/s/ Alvin K. Hellerstein_____
              New York, New York             ALVIN K. HELLERSTEIN
                                                                United States District Judge