# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian
___

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

___

Leticia Silva
Legal Assistant

> The request is granted. Defendant's Conditions of Release are modified to include travel to the Districts of Ohio, Pennsylvania, and New Jersey.
>
> So ordered.
>
> /s/ Alvin K. Hellerstein
> October 5, 2021

October 4, 2021

The Honorable Judge Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
-*Via ECF*-

                      Re:     USA v. Dariel Polanco,
                                   19 Cr. 416 (AKH)

Dear Judge Hellerstein,

       Our office represents Mr. Dariel Polanco, in the above captioned matter. Mr. Polanco was released on a $75,000 Personal Recognizance Bond, signed by three (3) Financially Responsible Persons.

       His Bail Conditions include travel limited to the Southern and Eastern Districts of New York; Pretrial Supervision as Directed by Pretrial Services; and Defendant to continue or seek employment, among other conditions.

       Mr. Polanco has received an offer to work as a truck driver. This work will require him to travel to the Districts of Ohio, Pennsylvania, and New Jersey.

       We respectfully request a modification to his Conditions of Release to include travel to the Districts of Ohio, Pennsylvania, and New Jersey.

       Mr. Polanco will continue to report to US. Pretrial Services on a weekly basis and will also provide them with proof of employment on a monthly basis.

       U.S. Pretrial Services Officer Marlon Ovalles consents to this request. A.U.S.A. Nicholas Chiuchiolo does not object to this request.

Thank you for your consideration to this matter.

>Respectfully submitted,
>
>*/S/Telesforo Del Valle Jr.*
>Telesforo Del Valle, Jr., Esq. Attorney for Dariel Polanco, Defendant.

Cc: A.U.S.A. Nicholas Chiuchiolo, Esq.
U.S. Pretrial Services Officer Marlon Ovalles