**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2021

**BY EMAIL**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Dariel Polanco, et al.*, 19 Cr. 416 (AKH)

Dear Judge Hellerstein:

The Government understands that the defense would like to request a forty-five-day adjournment of the status conference currently scheduled for November 18, 2021. The parties are requesting the adjournment so that they can continue discussions about potential dispositions. For the same reason, the Government also respectfully requests, without objection from either defendant, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between November 18, 2021 and the date of the next status conference.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Nicholas W. Chiuchiolo
Assistant United States Attorney
(212) 637-1247

cc: all counsel of record (by ECF)

*The conf is adjourned and time is excluded until January 6, 2022 at 2:30 p.m; in the interest of justice.*

*A. K. Hellerstein*
*11-18-2022*