UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER AND** |
| | **JUDGMENT** |
| v. | |
| | **19 Cr. 416 (AKH)** |
| DARIEL POLANCO, | |
| Defendant. | |

       This matter having come on to be heard on the motion of Damian Williams, United States Attorney for the Southern District of New York, by Nicholas W. Chiuchiolo, Assistant United States Attorney,

       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

       1.     The $75,000 personal recognizance bond executed by defendant Dariel Polanco and sureties Mirely Lorenzo, Pedro Lopez, and Naucris Sanchez be and hereby is FORFEITED.

       2.     Judgment in the amount of $75,000 in favor of the United States of America and against defendant Dariel Polanco and sureties Mirely Lorenzo, Pedro Lopez, and Naucris Sanchez, be and hereby is ENTERED and the United States of America shall have execution therefor.

SO ORDERED.

Dated: New York, New York
      Sep 21, 2022

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE