UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                :
                                        :
                                        :    **SCHEDULING ORDER**
         -against-                      :
                                        :    19 CR. 416 (AKH)
                                        :
DARIEL POLANCO,                         :
                                        :
                                        :
                            Defendant.  :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a conference to consider the need for a *Curcio* hearing to inquire about the independence of counsel. *See United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982). The conference will take place November 29, 2022 at 11:00 a.m. in Courtroom 14D.

       SO ORDERED.

Dated:   November 18, 2022            /s/ Alvin K. Hellerstein
         New York, New York           ALVIN K. HELLERSTEIN
                                      United States District Judge

1