UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                :
                                        :
                                        :          **SCHEDULING ORDER**
   -against-                           :
                                        :          19 CR. 416 (AKH)
                                        :
DARIEL POLANCO,                         :
                                        :
                                        :
                             Defendant.       :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The conference scheduled to take place November 29, 2022 at 11:00 a.m. is cancelled.

       SO ORDERED.

Dated:   November 23, 2022  
            New York, New York

                                        /s/ Alvin K. Hellerstein
                                        _____
                                        ALVIN K. HELLERSTEIN
                                        United States District Judge